No. 91–1829. EDWARD D. JONES & CO. v. CARTER ET AL. Ct. App. Ind. Certiorari denied.

No. 91–1835. BIHLER ET AL. v. EISENBERG ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1836. CRAWFORD-EL v. BRITTON. C. A. D. C. Cir. Certiorari denied.

No. 91–1837. MANATT v. ARKANSAS BOARD OF ELECTION COMMISSIONERS. C. A. 8th Cir. Certiorari denied.

No. 91–1839. BAKER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 91–1840. KUHN v. KUHN. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 91–1843. NELSON v. UNIVERSITY OF ALABAMA SYSTEM ET AL. Sup. Ct. Ala. Certiorari denied.

No. 91–1844. SNOW, CHAIRMAN, GEORGIA STATE BOARD OF PARDONS AND PAROLES v. GRAHAM. C. A. 11th Cir. Certiorari denied.

No. 91–1845. ARROW PACKING CO. ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–1846. ROPAK CORP. v. XYTEC PLASTICS, INC. C. A. Fed. Cir. Certiorari denied.

No. 91–1847. MILLER v. BRIGGS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1848. KRAMER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1850. JAMES v. MILWAUKEE COUNTY ET AL. C. A. 7th Cir. Certiorari denied.